JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD ESTHER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware Corporation; PEGGY WALTERS, an individual; BRUCE LOWE, an individual; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No. 8:21-cv-00632-JLS-DFM<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

1 | The Court, having reviewed the Parties' stipulation to remand the above-
2 | captioned action (Doc. 14), hereby GRANTS the stipulation and ORDERS as
3 | follows:

4 |

5 |      1.    The above-captioned action is hereby REMANDED to the Orange
6 |           County Superior Court, originally commenced as Case No. 30-2020-
7 |           01147139-CU-WT-CJC.

8 |

9 |      2.    All pending deadlines and hearings in this Court are VACATED.

10 |

11 |      3.    Each Party shall bear their own attorneys' fees and costs with respect to
12 |           the removal and subsequent remand of this action pursuant to this
13 |           stipulation and order.

14 |

15 | **IT IS SO ORDERED.**

16 |

17 | DATED: June 04, 2021

18 |

19 |

20 | _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE